FILED

03/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0735

IN THE SUPREME COURT OF THE
STATE OF MONTANA

CAUSE NO. DA 22-0735

RAYMOND STAPLES,

     Plaintiff and Appellant,

v.

RANDY RANDOLPH dba RANDOLPH LAW FIRM,

     Defendant and Appellee.

---

## ORDER

---

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing, Court Reporter Cindy Prindiville is granted an extension of time to and including May 9, 2023, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2023